IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRANCISCO NEGRON, | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | NO.  06-1507 |
| | : | |
| v. | : | |
| | : | |
| FREDERIC ROSEMEYER, et al., | : | |
| Respondents. | : | |

**MEMORANDUM**

BUCKWALTER, S. J.                                                                                           March 7, 2007

      Petitioner has filed objections to the Report and Recommendation of Magistrate Judge David R. Strawbridge.  The objections are a restatement of his version of the facts and why they are insufficient to support the convictions in this case.  However, the analysis of the undisputed facts in the Report and Recommendation and the applicable law by Judge Strawbridge are correct.

      An order follows.

      **AND NOW**, this 7th day of March, 2007, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, and Petitioner's objections thereto, it is **ORDERED** that:

      1.    The Report and Recommendation is **APPROVED and ADOPTED**;

      2.    The petition for a writ of habeas corpus is **DENIED**;

      3.      A certificate of appealability **SHALL NOT** issue, in that Petitioner has not made a substantial showing of the denial of a constitutional right.  *See* 28 U.S.C. § 2253(c)(2); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); and

      4.      The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

_____
RONALD L. BUCKWALTER, S.J.